## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 14-cr-00009-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE RODOLFO CAMPOS-LUCAS,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on the defendant's **Motion To Correct Sentence 35A and Motion for Sentence Reconderation** [*sic*] [#45][2] filed May 27, 2015. The motion was filed *pro se* by a defendant who is represented by counsel. The court concludes that the motion should be denied.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the defendant's **Motion To Correct Sentence 35A and Motion for Sentence Reconderation** is denied; and

    2. That the **Minute Order** [#49] entered June 2, 2015, is withdrawn.

    Dated: June 2, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#45]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.